■ In the Matter of the Estate of DOROTHY H. HEILBRONNER, Deceased. PAUL R. HADLEY, JR.; DANIEL C. KNICKERBOCKER, JR.— Motion for leave to dispense with printing denied. Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 5, 1960, with notice of argument for the January 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ CARRIER CORPORATION v. PICTO CORP. et al.— Motion to dispense with printing granted insofar as to permit the plaintiff-appellant to dispense with the printing in the record on appeal of the schedule annexed to the complaint, the bill of particulars, and the stipulation of settlement between plaintiff-appellant and Picto Corp., and Harry Brandt, Louis B. Brandt and Bernard S. Brandt and Brandt Enterprises, on condition that the originals thereof are filed with the Clerk of this court on the Wednesday preceding the first day of the term for which the appeal is noticed for argument. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. THOMAS E. TIMMONS. (B) THE PEOPLE OF THE STATE OF NEW YORK v. IRVING MISHEL.— Motion for an enlargement of time granted, and the time within which to perfect the appeal is enlarged to the March 1961 Term of this court. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ PENN-TEXAS CORPORATION v. MURAT ANSTALT et al.— Motion to dismiss appeal from judgment entered December 7, 1959, granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 5, 1960, with notice of argument for the January 1961 Term of this court, said appeal to be argued or submitted when reached. Motion to dismiss appeal from order entered May 26, 1960, granted, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ In the Matter of the Probate of the Will of ELIAS A. COHEN, Deceased. ESTELLE L. FRINDEL et al., Respondents.— Motion to substitute attorney denied. Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 5, 1960, with notice of argument for the January 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, Stevens and Eager, JJ.

■ GERALD BELFERT v. PEOPLES PLANNING CORPORATION OF AMERICA.— Motion to dismiss appeal dismissed as academic. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ In the Matter of the Estate of HARRY LEE, Deceased. EMIL L. LANE et al., Appellants; PEARL ADLER, Respondent.— Motion to dismiss appeal from decree entered April 4, 1960 granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before December 5, 1960, with notice of argument for the January 1961 Term of this court, said appeal to be argued or submitted when reached. Motion to dismiss appeal from order entered June 15, 1959 granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before December 5, 1960, with notice of argument for the January 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE DASHER.— Motion to dismiss appeal granted. Concur — Botein, P. J., Rabin, Stevens and Eager, JJ.